# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - CHANGE OF PLEA

Case No.: CR 05-1210 PA                                    Date: July 26, 2006

---

**PRESENT: HON. PERCY ANDERSON, UNITED STATES DISTRICT JUDGE**

| C. Kevin Reddick | Lynne Smith | None | David Willingham |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Interpreter | Adam Braun |
| | | | Jeremy Matz |
| | | | Asst. U.S. Attorney |

---

**USA v. (DEFENDANTS PRESENT):**            **ATTORNEYS PRESENT FOR DEFENDANTS:**

(1)   Ralph's Grocery Company              (1) Zachary Fasman / Kerby Behre / Lawrence Barcella

X  Present  ___ Custody  X Bond  ___ O/R  ___ DFPD  X Retained  X Present

**PROCEEDINGS:  CHANGE OF PLEA**

☒  Defendant moves to change its plea to Counts 1,4,19,21 and 50 of the Indictment.

☒  Defendant now enters a new and different plea of guilty to Counts 1,4,19,21 and 50 of the Indictment.

☒  The Court questions the defendant regarding his plea of guilty and finds that there is a factual basis for the plea. The court also finds that the defendant entered his plea freely and voluntarily, with a full understanding of the charges against him and the consequences of the plea. The court finds that the defendant understands his constitutional and statutory rights and wishes to waive them. Accordingly, the Court orders the plea is accepted and entered.

☒  Counsel are notified that Rule 32 of the Federal Rules of Criminal Procedure requires the parties to notify the Probation Officer, and each other, of any objections to the Presentence Report within fourteen (14) days of receipt. Alternatively, counsel may file such objections no later than twenty-one (21) days before sentencing. The Court construes "objections" to include departure arguments. Any party who intends to move for a continuance of the sentencing hearing shall, not later than noon on the Tuesday preceding the hearing date, notify opposing counsel and the court clerk. Strict compliance with these deadlines is <u>mandatory</u> because untimely filings interfere with the abilities of the Probation Office and of the Court to prepare for sentencing. Failure to meet these deadlines is grounds for sanctions.

☒  The Court refers the defendant to the Probation Office for investigation and the preparation of a presentence report. The matter is continued for sentencing to October 16, 2006, at 8:30 a.m.

cc: Probation
    PSA

---

CR-8 (9/97)                    CRIMINAL MINUTES - CHANGE OF PLEA                    Initials of Preparer _____

DOCKETED ON CM
AUG 3 - 2006
BY _____ 017